NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**SMART PATH CONNECTIONS, LLC,**
*Appellant*

**v.**

**JUNIPER NETWORKS, INC.,**
*Appellee*

———————————————

2023-2309

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00240.

———————————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  SMART PATH CONNECTIONS, LLC V. JUNIPER NETWORKS, INC.

    (2)  Each side shall bear their own costs.

FOR THE COURT

August 28, 2024
      Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 28, 2024